IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARJIE SARGENT                                                                    PLAINTIFF

Vs                              CASE NO. 3:08CV00011 BSM

BFS RETAIL & COMMERCIAL OPERATIONS, LLC                    DEFENDANT

## ORDER OF DISMISSAL

The court, having been notified by counsel for the plaintiff that a settlement had been reached in this matter, finds that this case should be dismissed.

IT IS THEREFORE ORDERED, that the complaint in this action be, and it is, hereby dismissed with prejudice.

The court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.  If the parties desire that any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file it with the Court within 60 days of the date of this order.

IT IS SO ORDERED this 21st day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE